UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-4112 PAM/JSM

| | |
|---|---|
| RICARDO HUTMAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER FOR REMAND** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Remand, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this case is remanded, pursuant to sentence 6 of 42 U.S.C. § 405(g), to the Commissioner of Social Security for further administrative proceedings.

Dated: March __23__, 2008

                                                s/Paul A. Magnuson
                                                PAUL A. MAGNUSON
                                                United States District Court Judge